No. 87–6253.   VIGIL v. ABOUREZK ET AL.   Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 87–6255.   JAMES v. LYNAUGH, DIRECTOR, TEXAS DEPART-MENT OF CORRECTIONS.   C. A. 5th Cir.   Certiorari denied.

No. 87–6262.   McCARTHY v. LOPES, COMMISSIONER, CON-NECTICUT DEPARTMENT OF CORRECTION, ET AL.   C. A. 2d Cir. Certiorari denied.

No. 87–6264.   AFIFI v. HODEL, SECRETARY OF THE INTERIOR. C. A. 4th Cir.   Certiorari denied.

No. 87–6265.   STRICKLER v. UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 87–6272.   LEMBECK v. ASHCROFT ET AL.   C. A. 8th Cir. Certiorari denied.

No. 87–6273.   FELDERS v. DUCKWORTH ET AL.   C. A. 7th Cir. Certiorari denied.

No. 87–6274.   LOFTIS v. LEEKE, COMMISSIONER, SOUTH CARO-LINA DEPARTMENT OF CORRECTIONS, ET AL.   C. A. 4th Cir. Certiorari denied.

No. 87–6278.   D'AMARIO v. RHODE ISLAND.   Sup. Ct. R. I. Certiorari denied.

No. 87–6283.   KIDD v. UNITED STATES.   C. A. 9th Cir.   Cer-tiorari denied.

No. 87–6292.   SMITH v. NORRELL ET AL.   C. A. 4th Cir.   Cer-tiorari denied.

No. 87–6294.   TOWNES v. TEST, ASSISTANT COMMONWEALTH ATTORNEY, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–6297.   STARKS v. TEXAS.   Ct. Crim. App. Tex.   Cer-tiorari denied.

No. 87–6299.   PEARL v. APEL ET AL.   C. A. 8th Cir.   Certio-rari denied.

No. 87–6300.   TATUM v. ARMONTROUT, WARDEN, ET AL. C. A. 8th Cir.   Certiorari denied.